In the Matter of the Estate of PHILIP LIBERMAN, Deceased. NORMAN J. LIBERMAN et al., Individually and as Executors and Trustees under the Will of PHILP LIBERMAN, Deceased, et al., Appellants; BERTHA LIBERMAN, Respondent.— Motion for leave to reargue granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

UNITED STATES TRUNK COMPANY, INC., v. ALEX FRIEDMAN, Doing Business as CREATIVE MOULDED PRODUCTS Co.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES HADLEY.— Motion dismissed in light of the previous disposition of the same motion by order of this court, entered October 27, 1959. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

ANTHONY MORENO v. MARBIL PRODUCTIONS, INC., et al.— Motion granted insofar as to dispense with printing of the exhibits in the record on appeal on condition that the originals thereof are filed with the court on the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects, the motion is denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

HOHENBERG Co., INC. v. IWAI NEW YORK, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of the Estate of CHARLES F. LUDWIG, Deceased. BENJAMIN SHEDLER et al., Respondents, v. FLORENCE E. BUNGER, Individually and as Executrix of the Estate of CHARLES F. LUDWIG, Deceased, Appellant. FLORENCE SEIXAS, Respondent, v. EMMA BUNGER et al., Defendants.— Motion to dispense with printing denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

CORINNE C. WATERMAN v. HENRY KAUFMAN et al.— Motion to vacate ex parte order of September 9, 1959, denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

CORINNE C. WATERMAN v. DORIS BYRNE et al.— Motion to vacate ex parte order of September 9, 1959, denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CORSETTI.— Enlargement of time granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.